UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MAQUARY DEL'SHAWN ) | |
| WILLIAMS-GROGANS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:22-CV-189-FL |
| LOUIS DEJOY, Postmaster General, ) | |
| ANGELENE RAINEY, DANIELLE L. ) | |
| HARGROVE, ALISA G. BASSA and ) | |
| ANTOINE ECHOLS ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered 10/17/22, where defendants Rainey, Hargrove, Bassa and Echols were dismissed, and the court's order entered 10/5/23, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on October 5, 2023, and Copies To:**
Maquary Del'Shawn Williams-Grogan (via U.S. Mail)1101 Paddington Place, Fayetteville, NC 28314
Michael James (via CM/ECF Notice of Electronic Filing)


October 5, 2023          PETER A. MOORE, JR., CLERK

                          /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk